TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00492-CR

Yolanda Rayner, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT

NO. 46,029, HONORABLE OLIVER KELLEY, JUDGE PRESIDING

PER CURIAM

 This is an appeal from the judgment of conviction for six counts of interference with child
custody. Appellant has filed a motion to withdraw the appeal. No decision of this Court has been
delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).

Before Chief Justice Carroll, Justices Kidd and B. A. Smith

Appeal Dismissed on Appellant's Motion

Filed: September 18, 1996

Do Not Publish